AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  APR 02 2021

CAROL L. MICHEL
CLERK

ANDREW DAVID WETZEL
*Petitioner*

)
)
)
)
)

v.

)
)

Case No. 21-0670 m(2)
*(Supplied by Clerk of Court)*

RANDY SMITH
*Respondent*

)
)
)
)

*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Andrew David Wetzel
   (b) Other names you have used: — NONE —

2. Place of confinement:
   (a) Name of institution: ST. Tammany PARISH Jail
   (b) Address: 1200 Champagne ST Covington, LA 70433
   (c) Your identification number: #539179 DCC / Inmate ID # 112415

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☒ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 22nd Judicial District Court ST. Tammany PARISH   701 NORTH Columbia ST. Covington, LA 70433
   (b) Docket number of criminal case: 472552 'C'
   (c) Date of sentencing: 2-14-2011
   ☐ Being held on an immigration charge
   ☐ Other *(explain):*

____ Fee ____
____ Process ____
X Dktd ____
____ CtRmDep ____
____ Doc. No. ____

**TENDERED FOR FILING**

APR 0 2 2021

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Page 2 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.    What are you challenging in this petition:

☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

❏ Pretrial detention

❏ Immigration detention

☒ Detainer

❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

❏ Disciplinary proceedings

❏ Other *(explain)*:

_____

6.    Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court:    ST. Tammany Parish Jail
     1200 Champange St. Covington, LA 70433

(b) Docket number, case number, or opinion number:    472552 'C' / #571179

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
     Failure To Remove Detainer

(d) Date of the decision or action:    12-26-2020

## Your Earlier Challenges of the Decision or Action

7.    **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☒ Yes                ❏ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:    ST. Tammany Parish Jail

(2) Date of filing:    1-2-2021

(3) Docket number, case number, or opinion number:    NONE

(4) Result:    Denied - Can not be Rised

(5) Date of result:    1-7-2021

(6) Issues raised:    Same within petition

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not appeal:

8.      **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☒ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not file a second appeal:

Can Not appeal as denied as Can't Rise with Sheriff

9.      **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10.   **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❏ Yes                    ❏ No

If "Yes," answer the following:

(a)     Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

❏ Yes                ❏ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)     Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

❏ Yes                ❏ No

If "Yes," provide:

(1)  Name of court:

(2)  Case number:

(3)  Date of filing:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11.    **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
❏ Yes                    ❏ No
If "Yes," provide:
(a)    Date you were taken into immigration custody:
(b)    Date of the removal or reinstatement order:
(c)    Did you file an appeal with the Board of Immigration Appeals?
❏ Yes                    ❏ No
If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d)    Did you appeal the decision to the United States Court of Appeals?
❏ Yes                    ❏ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

      (4)  Result:

      (5)  Date of result:

      (6)  Issues raised:

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☒ Yes           ☐ No

If "Yes," provide:

    (a)  Kind of petition, motion, or application:   Writ of Habeas Corpus (State)

    (b)  Name of the authority, agency, or court:   22nd Judicial District Court- ST. Tammany

    (c)  Date of filing:   2-1-2021

    (d)  Docket number, case number, or opinion number:   472552 'C'

    (e)  Result:   Denied

    (f)  Date of result:   3-1-2021

    (g)  Issues raised:   Same with this petition

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

    **GROUND ONE:**      See attached

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

*See attached*

(b)  Did you present Ground One in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND TWO**:

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☐ No

**GROUND THREE**:

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Four in all appeals that were available to you?

❏ Yes                     ❏ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

*See attached*

**Request for Relief**

15.  State exactly what you want the court to do:

*See attached*

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

4-1-2021

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:  4-1-2021

*Signature of Petitioner*

N/A

*Signature of Attorney or other authorized person, if any*

Andrew Wetzel
#53819(C337
P.O. Box #908
Covington, LA 70433

NOT CENSORED
ST TAMMANY PARISH JAIL

U.S.D.C. - EASTERN
CLERK OF COURT
Civil Division
500 POYDRAS ST.
Room C-151
NEW ORLEANS, LA 70130

New Orleans 701 13
THU 01 APR 2021 PM

